STEVEN MARTELL, Appellant, v CHRYSLER CORPORATION, Respondent. (Appeal No. 2.)—Judgment unanimously affirmed without costs. Same Memorandum as in *Martell v Chrysler Corp.* ([appeal No. 1] 186 AD2d 1059 [decided herewith]). (Appeal from Judgment of Supreme Court, Onondaga County, Murphy, J. —Dismiss Complaint.) Present—Callahan, J. P., Boomer, Pine, Fallon and Doerr, JJ.

 WILLIAM F. TAYLOR et al., Appellants, v LONG ISLAND LIGHTING CORPORATION et al., Respondents.—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Hurlbutt, J. (Appeal from Order of Supreme Court, Oswego County, Hurlbutt, J.—Summary Judgment.) Present—Callahan, J. P., Boomer, Pine, Fallon and Doerr, JJ.